IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BREANN SHADE, | ) | CASE NO.: 5:14cv04413-JLS |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY L. SCHMEHL |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **ADMISSION *PRO HAC VICE*** |
| FIRSTENERGY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule of Civil Procedure 83.5.2(b) and Judge Schmehl's Protocol I(D), Defendant FirstEnergy Corporation ("FirstEnergy"), through its undersigned counsel, moves for the admission *pro hac vice* of its attorneys Stephanie E. Dutchess Trudeau ("Ms. Trudeau") and Elise Balkin Ice ("Ms. Ice"). It states the following in support of this Motion for Admission *Pro Hac Vice*:

1. The undersigned movant, James L. Weinberg, was admitted to the Bar of this Court on May 1, 2013.

2. Neither Ms. Trudeau nor Ms. Ice is currently admitted to the Bar of the Supreme Court of Pennsylvania or the Bar of the United States District Court for the Eastern District of Pennsylvania.

3. Ms. Trudeau is a member in good standing of the following:

| State | Bar Number | Date of Admission |
|---|---|---|
| Ohio Supreme Court | 0021902 | November 15, 1982 |
| U.S. Supreme Court | N/A | July 8, 1988 |
| U.S. District Court of Appeals for the Sixth Circuit | N/A | May 7, 1985 |
| U.S. District Court, Northern District of Ohio | N/A | July 8, 1983 |
| U.S. District Court, Southern District of Ohio | N/A | January 18, 1991 |

| State | Bar Number | Date of Admission |
|---|---|---|
| U.S. District Court, Eastern District of Wisconsin | N/A | October 8, 2004 |

4. Ms. Ice is a member in good standing of the following:

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Ohio | 0083417 | September 17, 2008 |
| New Jersey | 028692000 | November 21, 2000 |
| Maryland | N/A | December 12, 2000 |
| District of Columbia | 478203 | July 8, 2002 |
| Virginia | 66518 | June 7, 2004 |
| U.S. Court of Appeals for the Sixth Circuit | N/A | November 2, 2009 |
| U.S. District Court, Northern District of Ohio | N/A | August 27, 2009 |
| U.S. District Court, Southern District of Ohio | N/A | January 19, 2010 |
| U.S. District Court, District of New Jersey | N/A | December 1, 2000 |
| U.S. District Court, District of Maryland | 26626 | December 14, 2001 |
| U.S. District Court, District of Columbia | N/A | January 5, 2004 |
| U.S. District Court, Eastern District of Virginia | N/A | November 18, 2004 |
| U.S. District Court, Western District of Virginia | N/A | July 22, 2011 |

5. Neither Ms. Trudeau nor Ms. Ice has any pending disciplinary actions in any jurisdiction.

6. Neither Ms. Trudeau nor Ms. Ice has been disbarred or suspended from the practice of law in any jurisdiction, and neither has resigned from the practice of law with discipline pending in any jurisdiction.

7. FirstEnergy desires that Ms. Trudeau represent it and avers that she is qualified to do so because she is a partner at the law firm of Ulmer & Berne LLP, has been a Board Certified Specialist in Employment and Labor Law since 2001, and has been practicing law since 1982. Ms. Trudeau has in-depth experience defending employment actions, including disability claims, which are at issue in this case. Ms. Trudeau also has represented FirstEnergy in past actions.

8. FirstEnergy desires that Ms. Ice represent it and avers that she is qualified to do so because she has been an associate with Ulmer & Berne LLP since 2007 and has been practicing law since 2000. Ms. Ice has experience defending employment actions, including disability claims, which are issue in this case. Ms. Ice also has represented FirstEnergy in past actions.

9. The executed and notarized Applicants' Statements for Ms. Trudeau and Ms. Ice are attached.

10. The undersigned certifies that the applicants' private and personal character is good.

11. The filing fees of Forty Dollars ($40.00) for each applicant, totaling Eighty Dollars ($80.00), have been paid to the Clerk.

WHEREFORE, for the foregoing reasons, FirstEnergy respectfully requests that its Motion for Admission *Pro Hac Vice* be GRANTED.

Respectfully submitted,

James L. Weinberg (PA Bar No. 76513)
ULMER & BERNE LLP
Skylight Office Tower
1660 W. 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
jweinberg@ulmer.com

*Attorney for Defendant*
*FirstEnergy Corporation*

Sworn to before me and subscribed in my presence this 9th day of OCTOBER 2014.

Joan Shackleton

Notary Public

JOAN SHACKLETON
NOTARY PUBLIC • STATE OF OHIO
My commission expires Dec. 4, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice*, along with all attachments and proposed Orders, has been served upon the following parties via regular U.S. Mail, postage prepaid this 9th day of October 2014:

        Joel Weisberg (PA Bar No. 12629)
        jweisberg@mwcfirm.com
        Larry A. Weisberg (PA Bar No. 83410)
        lweisberg@mwcfirm.com
        McCarthy Weisberg Cummings, P.C.
        2041 Herr Street
        Harrisburg, Pennsylvania 17103-1624
        Tel.: (717) 238-5707
        Fax.: (717) 233-8133

        *Attorneys for Plaintiff BreAnn Shade*

        _____
        *Attorney for Defendant*
        *FirstEnergy Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:14CV04413-JLS

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Stephanie E. Trudeau__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __11043__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| See Attached Motion | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attached Motion | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   FirstEnergy Corporation

(Applicant's Signature)

10/08/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ulmer & Berne LLP
1660 W. 2nd Street, Suite 1100
Cleveland, Ohio 44113

Sworn and subscribed before me this
8th Day of Oct., 2014

Notary Public
My Commission Expires 5/19/16

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:14CV04413-JLS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Elise Balkin Ice__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __11042__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| See Attached Motion | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attached Motion | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     FirstEnergy Corporation

*(Applicant's Signature)*

10/08/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ulmer & Berne LLP
1660 W. 2nd Street, Suite 1100
Cleveland, Ohio 44113

Sworn and subscribed before me this
8th Day of Oct., 2014

Erin M. Webby
Notary Public
My Commission Expires 5/19/16

10/04

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BreAnn Shade | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FirstEnergy Corporation | : | |
| | : | NO. 5:14CV04413-JLS |

ORDER

AND NOW, this _____ Day of _____, 2014, it is hereby

ORDERED that the application of _Stephanie E. Trudeau_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BreAnn Shade | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FirstEnergy Corporation | : | NO.  5:14CV04413-JLS |

ORDER

AND NOW, this _____ Day of _____, 2014, it is hereby

ORDERED that the application of  Elise Balkin Ice  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                          J.